IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ANDREA GENRETTE,<br><br>Debtor.<br><br>———————————————<br><br>ANDREA GENRETTE,<br><br>Appellant,<br><br>v.<br><br>BANK OF NEW YORK MELLON TRUST CO., N.A.,<br><br>Appellee. | Bankruptcy case No. 15-11738 (BLS)<br>BAP No. 19-50<br><br><br><br>C.A. No. 19-1664 (MN) |

**ORDER**

WHEREAS, on September 19, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 5) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation were filed; and,

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 7th day of October 2019 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the parties are directed to submit a proposed briefing schedule to the Court no later than November 4, 2019.

The Honorable Maryellen Noreika
United States District Court